FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 01 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:21-cr-06028-MKD-10 |
| Plaintiff, | Order To Seal Indictment |
| v. | |
| IGNACIO GARAY ORNELAS (a/k/a "Junior"), | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 1st day of March 2022.

James A. Goeke
United States Magistrate Judge