AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 08, 2022**

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ignacio Garay Ornelas (a.k.a. "Junior") | ) | Case No.  4:21-CR-6028-MKD-10 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Ignacio Garay Ornelas (a.k.a. "Junior")     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A) (ii), (vi), (viii), 846  Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 400 Grams or More of Fentanyl and 5 Kilograms or More of Cocaine

Date: **Mar 01, 2022, 7:37 pm**

*Issuing officer's signature*

City and state:    Richland, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/1/22, and the person was arrested on *(date)* 3/4/22
at *(city and state)* Riverside, CA.
Arrested within the C/CA

Date: 3/4/22

By: DEA
(Agency)
Arresting officer's signature
Executed On:
Sign: [signature]
*Printed name and title*