FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 10, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Ignacio Garay Ornelas ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No.  4:21-cr-06028-MKD-10 |

Received Rule 5 papers from the United States District Court, CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside).