

FILED
CLERK, U.S. DISTRICT COURT
03/08/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:22-mj-00156 |
| v. | 4:21-CR-6028-MKD-10 |
| Ignacio Garay Ornelas | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: United States Attorney's Office
in the Eastern District of Washington on March 1, 2022
at 7:37 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841(a)(1)(A)(ii),(vi),(viii), 846
to wit: Conspiracy to Distribute 50 grams of More of Actual Methamphetamine/400 Grams or More of Fentanyl/5 Kilos of Cocaine

A warrant for defendant's arrest was issued by: Sean F. McAvoy, Clerk of Court/DCE

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Superseding Indictment of ORNELAS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/7/22
Date

For /s/ _____
Signature of Agent

TFA Michael Pitts
Print Name of Agent

DEA Tri-Cities, WA
Agency

Task Force Agent
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT