```
TRACY L. WILKISON
United States Attorney
JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6924
     Facsimile: (951) 276-6202
     Email:     sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2022
CENTRAL DISTRICT OF CALIFORNIA
BY D. Brown  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-MJ-00156-DUTY |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| IGNACIO GARAY ORNELAS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

_____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

   _____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

| | | |
|---|---|---|
| 1 | \_\_\_\_\_ | b. defendant is an alien not lawfully admitted for |
| 2 | | permanent residence; <u>and</u> |
| 3 | \_\_\_\_\_ | c. defendant may flee; or |
| 4 | \_\_\_\_\_ | d. pose a danger to another or the community. |
| 5 | x | 2. <u>Pretrial Detention Requested (§ 3142(e)) because no |
| 6 | | condition or combination of conditions will reasonably |
| 7 | | assure</u>: |
| 8 | x | a. the appearance of the defendant as required; |
| 9 | x | b. safety of any other person and the community. |
| 10 | \_\_\_\_\_ | 3. <u>Detention Requested Pending Supervised Release/Probation |
| 11 | | Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 |
| 12 | | U.S.C. § 3143(a))</u>: |
| 13 | \_\_\_\_\_ | a. defendant cannot establish by clear and convincing |
| 14 | | evidence that he/she will not pose a danger to any |
| 15 | | other person or to the community; |
| 16 | \_\_\_\_\_ | b. defendant cannot establish by clear and convincing |
| 17 | | evidence that he/she will not flee. |
| 18 | x | 4. <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. |
| 19 | | § 3142(e))</u>: |
| 20 | x | a. Title 21 or Maritime Drug Law Enforcement Act |
| 21 | | ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with |
| 22 | | 10-year or greater maximum penalty (presumption of |
| 23 | | danger to community and flight risk); |
| 24 | \_\_\_\_\_ | b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or |
| 25 | | 2332b(g)(5)(B) with 10-year or greater maximum |
| 26 | | penalty (presumption of danger to community and |
| 27 | | flight risk); |
| 28 | | |

2

```
           ___    c. offense involving a minor victim under 18 U.S.C. §§
                     1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
                     2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
                     2260, 2421, 2422, 2423 or 2425 (presumption of
                     danger to community and flight risk);
           ___    d. defendant currently charged with an offense
                     described in paragraph 5a - 5e below, AND defendant
                     was previously convicted of an offense described in
                     paragraph 5a - 5e below (whether Federal or
                     State/local), AND that previous offense was
                     committed while defendant was on release pending
                     trial, AND the current offense was committed within
                     five years of conviction or release from prison on
                     the above-described previous conviction (presumption
                     of danger to community).
    x      5. Government Is Entitled to Detention Hearing Under §
              3142(f) If the Case Involves:
           ___    a. a crime of violence (as defined in 18 U.S.C. §
                     3156(a)(4)) or Federal crime of terrorism (as
                     defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
                     maximum sentence is 10 years' imprisonment or more;
           ___    b. an offense for which maximum sentence is life
                     imprisonment or death;
           x      c. Title 21 or MDLEA offense for which maximum sentence
                     is 10 years' imprisonment or more;
```

3

|   |   |
|---|---|
| _____ | d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| _____ | e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| x____ | f. serious risk defendant will flee; |
| _____ | g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |

_____ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____
_____
_____
_____

//
//
//

4

```
_____   7. Good cause for continuance in excess of three days exists
        in that:
        _____
        _____
        _____
        _____
```

Dated: March 8, 2022          Respectfully submitted,

                              TRACY L. WILKISON
                              United States Attorney

                              JERRY C. YANG
                              Assistant United States Attorney
                              Chief, Riverside Branch Office


                                    /s/
                              _____
                              SONAH LEE
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA