FILED
CLERK, U.S. DISTRICT COURT

March 8, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ignacio Garay Ornelas DEFENDANT. | CASE NUMBER: 5:22-mj-156 DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, __Ignacio Garay Ornelas__, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8__ day of __March__, 20 __22__
at __Riverside CA__
(City and State)

_____ for defendant
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____
Interpreter

CR-37 (05/15)     DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS