Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
# CRIMINAL DOCKET FOR CASE #: 5:22-mj-00156-DUTY-1

| | |
|---|---|
| Case title: USA v. Ornelas | Date Filed: 03/08/2022 |
| Other court case number: 4:21-CR-6028-MKD-10 Eastern District of Washington | Date Terminated: 03/09/2022 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Ignacio Garay Ornelas**  
*TERMINATED: 03/09/2022*  
also known as  
Junior  
*TERMINATED: 03/09/2022*

represented by **Luisa Patricia Tamez**  
Federal Public Defenders Office  
Riverside Office  
3801 University Avenue Suite 700  
Riverside, CA 92501  
951-276-6136  
Email: luisa_tamez@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA  represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Ignacio Garay Ornelas, originating in the Eastern District of Washington. Defendant charged in violation of: 21:841(a)(1)(A)(ii),(vi),(viii), 846. Signed by agent Michael Pitts, DEA, TFA. filed by Plaintiff USA. (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Ignacio Garay Ornelas; defendants Year of Birth: 1987; date of arrest: 3/4/2022 (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 3 | Defendant Ignacio Garay Ornelas arrested on warrant issued by the USDC Eastern District of Washington at Richland. (Attachments: # 1 Out-of-District SECOND SUPERSEDING INDICTMENT)(cio) (Entered: 03/09/2022) |
| 03/08/2022 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Ignacio Garay Ornelas (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 5 | MINUTES OF denying 4 REQUEST for Detention as to Ignacio Garay Ornelas (1); ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Kenly Kiya Kato as to Defendant Ignacio Garay Ornelas. Contested detention hearing held. Defendant arraigned and states true name is Igancio Ornelas Garay. Attorney: Luisa Patricia Tamez for Ignacio Garay Ornelas, Deputy Federal Public Defender, present. Court orders bail set as: Ignacio Garay Ornelas (1) $50,000 Appearance Bond, (SEE BOND ATTACHED). Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Eastern District of Washington. Bond to Transfer. Defendant ordered to report on 3/28/22 at 12pm at USDC for Eastern District of Washington. Release Order No: 38940. Defense Counsel may sign bond. Defendant must sign within 48 hours of release from custody. Court Smart: RS4 3/8/2022. (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Ignacio Garay Ornelas. (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 7 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Ignacio Garay Ornelas. (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 8 | DECLARATION RE: PASSPORT filed by Defendant Ignacio Garay Ornelas, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 9 | WAIVER of Preliminary Examination or Hearing by Defendant Ignacio Garay Ornelas (cio) (Entered: 03/09/2022) |
| 03/08/2022 | 10 | FINANCIAL AFFIDAVIT filed as to Defendant Ignacio Garay Ornelas. (Not for Public |

| | | |
|---|---|---|
| | | View pursuant to the E-Government Act of 2002) (cio) (Entered: 03/09/2022) |
| 03/09/2022 | | Notice to Eastern District of Washington of a Rule 5 or Rule 32 Initial Appearance as to Defendant Ignacio Garay Ornelas. Your case number is: 4:21-CR-6028-MKD-10. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Order on Request for Detention,,,, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 03/09/2022) |
| 03/09/2022 | 13 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $25,000 by surety: Maria T. Ornelas for Filed by Defendant Ignacio Garay Ornelas (cio) (Entered: 03/14/2022) |
| 03/09/2022 | 14 | SEALED UNREDACTED AFFIDAVIT OF SURETY (NO JUSTIFICATION) filed by Defendant Ignacio Garay Ornelas re: Affidavit of Surety (No Justification)(CR-4) 13 (cio) (Entered: 03/14/2022) |
| 03/09/2022 | 15 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $25,000 by surety: Esthela Garay for Filed by Defendant Ignacio Garay Ornelas (cio) (Entered: 03/14/2022) |
| 03/09/2022 | 16 | SEALED UNREDACTED AFFIDAVIT OF SURETY (NO JUSTIFICATION) filed by Defendant Ignacio Garay Ornelas re: Affidavit of Surety (No Justification)(CR-4) 15 (cio) (Entered: 03/14/2022) |
| 03/10/2022 | 12 | DECLARATION RE: PASSPORT filed by Defendant Ignacio Garay Ornelas, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 03/14/2022) |
| 03/10/2022 | 17 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Ignacio Garay Ornelas conditions of release: $50,000 Appearance Bond (SEE BOND ATTACHED) approved by Magistrate Judge Kenly Kiya Kato. (cio) (Entered: 03/14/2022) |
| 03/14/2022 | | Notice to Notice to Eastern District of Washington of a Rule 5 or Rule 32 Initial Appearance as to Defendant Ignacio Garay Ornelas. Your case number is: 4:21-CR-6028-MKD-10. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 12 Declaration re Passport (CR-37), 14 Unredacted Document, 11 Letter for Bench Warrant, 15 Affidavit of Surety (No Justification)(CR-4), 18 Pretrial Services Form 8, 16 Unredacted Document, 19 Warrant of Arrest Issued - NFPV, 17 Bond and Conditions (CR-1), 13 Affidavit of Surety (No Justification)(CR-4). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 03/14/2022) |